UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 08-346 |
| v. | Hon. Stanley R. Chesler |
| KEITH STEWART,<br>a/k/a "Nutty" | SEALING ORDER |

This matter having been brought before the Court upon application of Christopher J. Christie, the United States Attorney for the District of New Jersey (Matthew E. Beck, Assistant United States Attorney, appearing), for an order delaying discovery and inspection pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and for good cause shown,

IT IS on this 7 day of June, 2008,

ORDERED that the <u>Ex Parte</u> Brief of the United States in Support of Its Application for a Protective Order Pursuant to Rule 16(d)(1) and the attachments thereto, shall be SEALED until further order of this Court.

_____
Honorable Stanley R. Chesler
United States District Judge