UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　Criminal No. 08-346

　　　　v.　　　　　　　　　　　　Hon. Stanley R. Chesler

KEITH STEWART,　　　　　　　　　ORDER
　a/k/a "Nutty"

　　　　This matter having come before the Court on the application of the United States of America (Christopher J. Christie, United States Attorney, by Matthew E. Beck, Assistant United States Attorney), for an order delaying discovery and inspection pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court having considered the written ex parte submissions of the government, and good and sufficient cause having been shown,

　　　　IT IS on this 22 day of June, 2008,

　　　　ORDERED that the United States' application for an order deferring discovery and inspection pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure is granted; and it is

　　　　FURTHER ORDERED that the United States be, and it hereby is, permitted to make its application wholly in the form of a written statement, namely the Brief of the United States in Support of Its Application for a Protective Order Pursuant to Rule 16(d)(1) and the attachments thereto, to be inspected by the judge alone; and it is

FURTHER ORDERED that the United States shall be permitted to delay discovery and inspection as requested in the Ex Parte Brief of the United States in Support of Its Application for a Protective Order Pursuant to Rule 16(d)(1); and it is

FURTHER ORDERED that the Ex Parte Brief of the United States in Support of Its Application for a Protective Order Pursuant to Rule 16(d)(1) and the attachments thereto, shall be sealed until further order of this Court.

HON. STANLEY R. CHESLER
United States District Judge