**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA    :    Criminal No. 08-346 (SDW)
                :
        v.         :
                :    **ORDER**
KEITH STEWART,       :
  a/k/a "Nutty"        :
SHEDRICK CRAFTON,    :
  a/k/a "Charlie" and   :
SHAROD HESTER,      :
  a/k/a "Rowdy"

      This motion for an order compelling handwriting exemplars from defendant Keith

Stewart, a/k/a "Nutty," having come before the Court on the application of Ralph J. Marra, Jr.,

Acting United States Attorney (Matthew E. Beck and Dennis C. Carletta, Assistant United States

Attorneys, appearing); and the defendant Keith Stewart having opposed this motion; and

pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and Rule 17(c) of the Federal Rules of

Criminal Procedure; and for good cause shown,

      IT IS, on this 12th day of February, 2009,

      ORDERED that defendant Keith Stewart shall provide handwriting exemplars to the

United States, at the United States Attorney's Office, 970 Broad Street, Newark, New Jersey; and

it is further

      ORDERED that such exemplars shall be provided within three (3) business days from the

filing date of this Order.

                          HONORABLE SUSAN D. WIGENTON
                          United States District Judge