UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :          Criminal No. 08-346 (SDW)

         v.                       :          Hon. Susan D. Wigenton, U.S.D.J.

KEITH STEWART                     :          **ORDER**


IT IS HEREBY ORDERED THAT:

Consistent with this Court's Order dated February 12, 2009, and over the objection of

Defendant Keith Stewart, it is FURTHER ORDERED THAT:

1.  The Defendant, Keith Stewart, is to provide a handwriting exemplar using his right

and left hands; and

2.  The Defendant, Keith Stewart, is to provide a handwriting exemplar based on both

written and orally dictated material.


Dated: February 17, 2009

SO ORDERED:

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE