# Linwood A. Jones
Attorney at Law

Member of
NJ, NY and PA Bars

55 Washington Street
Suite 603
East Orange, New Jersey 07017
(973) 676-7439
Fax (973) 674-8043
Cell: 201-755-5840

March 13, 2009

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court, District of New Jersey
M.L. King, Jr. Federal Building, Courtroom 5C
Newark, NJ 07102

Re:     USA v. Keith Stewart et als.
        Criminal No.: 08-346

Dear Judge Wigenton:

On behalf of defendant Keith Stewart, please accept the enclosed CJA 21 in connection with this application for the authorization to provide additional funds to Owl Investigations, Inc. pursuant to 18 U.S.C. Sec. 3006A(e)(1), to purchase equipment to analyze a surveillance system seized by government agents from the home of Mr. Stewart, located at 106 Richelieu Terrace, Newark, NJ On 2/13/08. As I informed your courtroom deputy yesterday, Tom Owens, of Owl Investigations, Inc. informed me yesterday that the DVR seized from the premises is malfunctioning and unable to read the tape.

I respectfully request authorization for $500.00 allow Owl Investigations, Inc. to purchase another DVR..

Respectfully,

LINWOOD A. JONES
LAJ/laj
Enclosures

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Keith Stewart | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 08-346 (SDW) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* CC |
| USA v. KEITH STEWART | | | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21 U.S.C. Sec. 841, 846, and 853; 18 U.S.C. Sec. 2

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation hereby request:
☒ Authorization to obtain the service, Estimated Compensation and Expenses: $ 500.00 OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $500. excluding expenses)*

Signature of Attorney _____ Date 3/13/09
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization
ATTORNEY'S NAME *(First Name, ALL, Last Name, including any suffix),* AND MAILING ADDRESS

Linwood A. Jones, Esq., 55 Washington Street, Suite 603
East Orange, NJ 07017
Telephone Number: 973-676-7439

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*

Purchase equipment to Analyze Surveillance System.

14. TYPE OF SERVICE PROVIDER

| 01 ☐ Investigator | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| 03 ☐ Psychologist | 17 ☐ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | 18 ☒ Computer (Hardware/Software/Systems) |
| 05 ☐ Polygraph | 19 ☐ Paralegal Services |
| 06 ☐ Documents Examiner | 20 ☐ Legal Analyst/Consultant |
| 07 ☐ Fingerprint Analyst | 21 ☐ Jury Consultant |
| 08 ☐ Accountant | 22 ☐ Mitigation Specialist |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | 23 ☐ Duplication Services *(See instructions)* |
| 10 ☐ Chemist/Toxicologist | |
| 11 ☐ Ballistics | |
| 13 ☐ Weapons/Firearms/Explosive Expert 24 ☐ Other (Specify) |
| 14 ☐ Pathologist/Medical Examiner |

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature presiding Judge or By Order of the Court

Date of Order                    Nunc Pro Time Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES    ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | |

17. PAYEE'S NAME AND MAILING ADDRESS

Tom Owen, Owl Investigations, Inc.                    TIN: _____
758 S. Middlesex Ave., Colonia, NJ 07067          Telephone Number: 732-574-9672

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS    ☐ Final Payment   ☐ Interim Payment Number _____    ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____    Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

2 ☐ Either the cost *(excluding expenses)* of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services c cold not await prior authorization, even though the cost *(excluding expenses)* exceeds $500,

Signature of Presiding Judge _____    Date _____    Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28 PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____    Date _____    Judge Code _____