RALPH. J. MARRA, JR.
Acting United States Attorney
BY: MATTHEW E. BECK
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 353-6053

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | : | Criminal No. 08-346 (SDW) |
| v. | : | |
| | | ORDER VACATING FORFEITURE |
| KEITH STEWART, a/k/a "Nutty" | : | |
| | : | |
| Defendant. | : | |

**WHEREAS**, a Preliminary Order of Forfeiture was entered on March 19, 2009, pursuant to the Special Verdict, wherein the Jury determined that pursuant to 21 U.S.C. § 853, the defendant shall forfeit the following properties to the United States for violations of 21 U.S.C. §§ 846, 841(a) and (b)(1)(B), and 18 U.S.C. § 2:

a) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **106 Richelieu Terrace, Newark, New Jersey,** more particularly described as: Block 4123; Lot 18 of the Municipality of Newark, on the Tax Map of Newark, New Jersey, Deed Book 6231, Page 426.

b) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **325 South 19th Street, Newark, New Jersey,** more particularly described as: Block 1794; Lot 18 of the Municipality of Newark, on the Tax Map of Newark, New Jersey, Deed Book 6167, Page 159; and

**WHEREAS**, based on the lack of value or equity of the above listed properties, the United States has requested that the Preliminary Order of Forfeiture be vacated as to those properties; and

**WHEREAS**, the Court having considered the papers filed and for good cause shown

**IT IS ON** this 15th day of April, 2009

**ORDERED** that the Preliminary Order of Forfeiture as to:

a) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **106 Richelieu Terrace, Newark, New Jersey,** more particularly described as: Block 4123; Lot 18 of the Municipality of Newark, on the Tax Map of Newark, New Jersey, Deed Book 6231, Page 426.

b) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **325 South 19th Street, Newark, New Jersey,** more particularly described as: Block 1794; Lot 18 of the Municipality of Newark, on the Tax Map of Newark, New Jersey, Deed Book 6167, Page 159.

be vacated; and

**IT IS FURTHER ORDERED** that a Release of Lis Pendens for the above-referenced properties be filed with the Essex County Clerk's Office, 465 Martin Luther King Blvd., Hall of Records, Room 130, Newark, New Jersey for the release of Lis Pendens that were previously filed on March 14, 2008 with the Essex County Clerk's Office in this matter.

HONORABLE SUSAN D. WIGENTON
United States District Court Judge

2